IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RANA BAYYARI                                                              PLAINTIFF

V.                          CASE NO.: 5:14-CV-5235

WASHINGTON COUNTY DETENTION
CENTER; DEPUTY KATY CENTER;
DEPUTY SANDERS (CONNERS);
CORPORAL DONAHUE; and DEPUTY HAYES                DEFENDANTS

ORDER

Comes on for consideration the Report and Recommendation (Doc. 7) filed in this case on March 4, 2015, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED on this 10th day of April, 2015.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE